IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BERNARD BANKS, et al., | :<br>: Case No. 2:18-cv-00668 |
| Plaintiffs, | :<br>: JUDGE ALGENON L. MARBLEY |
| v. | :<br>: Magistrate Judge Deavers |
| VILLAGE CAPITAL AND INVESTMENT LLC, | : |
| Defendant. | : |

## ORDER

This matter is before the Court on Defendant Village Capital and Investment, LLC's Motion to Dismiss. (Doc. 10.) The parties have reported this case as settled and are finalizing the payment terms of their agreement. (*See* Doc. 27.) Considering that this case has been settled, Defendant's Motion to Dismiss [#10] is **MOOT**.

IT IS SO ORDERED.

                                           /s/ Algenon L. Marbley
                                           ALGENON L. MARBLEY
                                           CHIEF UNITED STATES DISTRICT JUDGE

**DATED: September 27, 2019**